# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Sung Hee Won<br>         Chun K. Won | | CHAPTER 7 |
| | Debtor(s) | |
| Nationstar Mortgage LLC | | NO. 17-14706 AMC |
| | Movant | |
| vs. | | |
| Sung Hee Won<br>Chun K. Won | | 11 U.S.C. Section 362 |
| | Debtor(s) | |
| Robert H. Holber Esq. | | |
| | Trustee | |

## ORDER

AND NOW, this 25th day of September , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 12 Forsythia Drive South A/K/A 12 Forsythia Drive, Levittown, PA 19056 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge.

Sung Hee Won
12 South Forsythia Gate Drive
Levittown, PA 19056

Chun K. Won
12 South Forsythia Gate Drive
Levittown, PA 19056

hae Yeon Baik,, Esquire
2333 Fairmount Avenue
Philadelphia, PA 19130

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532