United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14706-amc
Chun K. Won                                                         Chapter 7
Sung Hee Won
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 1            Date Rcvd: Sep 25, 2017
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db/jdb         +Chun K. Won,   Sung Hee Won,   12 S. Forsythia Gate Drive,   Levittown, PA 19056-1910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
          HAE YEON BAIK    on behalf of Joint Debtor Sung Hee Won haeyeon.baik@verizon.net,
           d.chandler6@verizon.net
          HAE YEON BAIK    on behalf of Debtor Chun K. Won haeyeon.baik@verizon.net,   d.chandler6@verizon.net
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Sung Hee Won<br>Chun K. Won | | CHAPTER 7 |
| | Debtor(s) | |
| Nationstar Mortgage LLC | Movant | NO. 17-14706 AMC |
| vs. | | |
| Sung Hee Won<br>Chun K. Won | | 11 U.S.C. Section 362 |
| | Debtor(s) | |
| Robert H. Holber Esq. | Trustee | |

**ORDER**

AND NOW, this 25th day of September , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 12 Forsythia Drive South A/K/A 12 Forsythia Drive, Levittown, PA 19056 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge.

Sung Hee Won
12 South Forsythia Gate Drive
Levittown, PA 19056

Chun K. Won
12 South Forsythia Gate Drive
Levittown, PA 19056

hae Yeon Baik,, Esquire
2333 Fairmount Avenue
Philadelphia, PA 19130

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532